In the Matter of GUY D. BENEDETTO et al., Appellants, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents.

Argued January 4, 1939; decided January 18, 1939.

*Albert De Roode* for appellants.

*William C. Chanler,* Corporation Counsel (*Seymour B. Quel* and *Paxton Blair* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.